IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LASHAWN DYSAN PIERCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:19-CV-576-ALB |
| | ) | |
| OFFICER COBB, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On September 6, 2019, Magistrate Judge filed a Recommendation to which no timely objection have been filed. (Doc. 10). Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and that this case is DISMISSED without prejudice for Plaintiff's failures to comply with the order of the court and to prosecute this action.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this 1st day of October 2019.

      /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE